PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

## for the

## SOUTHERN DISTRICT OF WEST VIRGINIA

## REPORT on OFFENDER UNDER SUPERVISION

Name of Offender:  Brennon Michael Adkins          Case Number:          3:22CR00214

Sentencing Judge:       The Honorable Robert C. Chambers, United States District Judge

Date of Original Sentence:  November 13, 2023

Original Offense:       18 U.S.C. §§ 922(j) and 924(a)(2), Possession of a stolen firearm, which had been shipped and transported in interstate commerce

Original Sentence:      Five years of probation

Type of Supervision:  Probation          Date Supervision Commenced:  November 13, 2023

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of additional probation term:  The defendant will complete the Recovery Point program:**<br><br>On November 22, 2023, the defendant was unsuccessfully discharged from the Recovery Point program. |
| 2. | **Violation of additional probation term:  The defendant will not use or possess alcohol:**<br><br>On November 20, 2023, the defendant submitted a urine specimen that tested positive for alcohol.<br><br>On November 30, 2023, the defendant submitted a urine specimen that tested positive for alcohol and oxycodone. The defendant signed a voluntary admission form confirming his use of alcohol the previous day, November 29, 2023. The specimen was sent to the toxicology laboratory for confirmation for oxycodone. |

PROB 12A
Re: Brennon Michael Adkins
Docket No. 3:22CR00214

Report on Offender
Under Supervision

<u>U.S. Probation Officer Action:</u>

On November 22, 2023, this officer was contacted by staff from Recovery Point. Staff advised the defendant had submitted a urine specimen on November 20, 2023, and the results returned positive for alcohol. The defendant was being discharged from the program but would be permitted to return in 30 days and could restart at that time. According to the defendant, he did not knowingly consume alcohol. He reported sharing a cup of soda with another individual and claimed it must have contained alcohol without his knowledge.

On November 30, 2023, the defendant submitted a urine specimen that tested positive for alcohol and oxycodone. The defendant admitted that he took a drink from his brother's cup of sprite the previous day and it tasted "funny" and may have contained alcohol. He denied knowingly consuming alcohol. He did admit to taking a pain reliever as well but was unaware of what he was taking. The defendant has been referred to short-term residential treatment through the Court's contracted provider and entered the program on December 4, 2023. Following the completion of short-term residential treatment, the defendant will be directed to enter back into and successfully complete the long-term treatment program at Recovery Point. The defendant has been informed the Court will be notified of his alcohol and illegal drug use and any additional noncompliance may result in the probation officer respectfully recommending more stringent action.

Respectfully submitted,

_____
Kara Dills
Senior United States Probation Officer
December 5, 2023

☐ Schedule status conference
☐ Submit a Request for Modifying the Conditions or Terms of Supervision
☐ Submit a Request for Warrant or Summons
☑ No Action
☐ Other

_____
The Honorable Robert C. Chambers
United States District Judge

12/5/23
_____
Date

2