PROB 12A
(7/93)

# United States District Court

## for the

## Southern District of West Virginia

## Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brennon Michael Adkins | Case Number: 3:22CR00214 |

Name of Sentencing Judicial Officer:   The Honorable Robert C. Chambers, United States District Judge

Date of Original Sentence:   November 13, 2023

Original Offense:   18 U.S.C. §§ 922(j) and 924(a)(2), Possession of a stolen firearm, which had been shipped and transported in interstate commerce

Original Sentence:   Five years of probation

Type of Supervision:   Probation          Date Supervision Commenced: November 13, 2023

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **<u>Violation of additional probation terms: The defendant will complete the Recovery Point program:</u>** |
| | On April 4, 2024, the defendant left the Recovery Point program and was discharged from the program prior to successful completion. |

<u>U.S. Probation Officer Action:</u>

On April 4, 2024, the defendant notified this probation officer that he had left the Recovery Point program in Huntington, West Virginia. On April 5, 2024, the defendant reported to the United States Probation Office as instructed. Mr. Adkins had secured a bed in the Anchor Project long-term inpatient substance abuse treatment program, located in Saint Albans, West Virginia. The probation officer confirmed the defendant's admission into the program. Mr. Adkins was instructed to complete the 8-to-24-month inpatient substance abuse program. Upon completion of the program, Mr. Adkins will complete his 3 months of home detention. The defendant's program participation and progress will be monitored, and all further noncompliance will be reported to the Court.

Prob 12A                                                                                       Report on Offender
Re: Brennon Michael Adkin                                                                      Under Supervision
Docket No. 3:22CR00214

Respectfully submitted,

*[signature: Jeffrey Bella]*

Jeffrey Bella
Senior United States Probation Officer
April 5, 2024

☐ Schedule status conference
☐ Submit a Request for Modifying the Conditions or Terms of Supervision
☐ Submit a Request for Warrant or Summons
☒ No Action
☐ Other

*[signature]*

The Honorable Robert C. Chambers
United States District Judge

_4/8/24_
Date